```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 11-04727-RNO
Joseph Lee Hall                                                     Chapter 13
Lisa Marie Colea Hall
         Debtors                       **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: LyndseyPr          Page 1 of 1         Date Rcvd: Mar 29, 2017
                            Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
db/jdb         +Joseph Lee Hall,   Lisa Marie Colea Hall,   1928 Oakhills Drive,   Hanover, PA 17331-8521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:
              Celine P DerKrikorian    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Fay Servicing, LLC debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS
               AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY,BUT SOLELY AS TRUSTEE FOR BCAT 2015-14BTT
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, et al ...
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    Bank of America, N.A pamb@fedphe.com
              Larry W. Wolf    on behalf of Creditor    ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Joint Debtor Lisa Marie Colea Hall ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor Joseph Lee Hall ephillips@larrywwolf.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Bank of America, N.A nlabletta@udren.com,
               vbarber@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 11

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joseph Lee Hall<br>1928 Oakhills Drive<br>Hanover, PA 17331 | Chapter 13<br>Case No. 1:11−bk−04727−RNO |
| Lisa Marie Colea Hall<br>1928 Oakhills Drive<br>Hanover, PA 17331 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−1394
xxx−xx−4897

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 29, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk